## MOODY v. M'DERMOTT.

May 29, 1835.

*Motion for judgment for want of an affidavit of defence.*

A *scire facias post annum et diem* to revive judgment, is within the act of the 28th of March 1835, entitling the plaintiff to judgment for want of an affidavit of defence.

THIS was a *scire facias post annum et diem* to revive judgment. Plaintiff had filed a copy of the record under the act of the 28th of March 1835; and on the third Saturday after the return day,

*J. M. Read,* for plaintiff, had moved for a judgment for want of an affidavit of defence.

THE COURT having a doubt whether the case was within the act of 1835, took time to consider, but on this day granted the motion, and directed the entry of

Judgment.